70 A.3d 602

IN THE MATTER OF LOUIS MACCHIAVERNA, AN ATTORNEY
AT LAW (ATTORNEY NO. 016221997).

July 12, 2013.

## ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 12–141, concluding that **LOUIS MACCHIAVER-NA** of **LAVALLETTE,** who was admitted to the bar of this State in 1998, should be censured for violating *RPC* 1.15(d) and *Rule* 1:21–6 (failure to comply with recordkeeping requirements) and *RPC* 5.5(a)(1) (practicing law while ineligible);

And **LOUIS MACCHIAVERNA** having failed to appear on the Order directing him to show cause why he should not be disbarred other otherwise disciplined;

And good cause appearing;

It is ORDERED that **LOUIS MACCHIAVERNA** is hereby censured;  and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State;  and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs and actual expenses incurred in the prosecution of this matter, as provided in *Rule* 1:20–17.